**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TELEFÓNICA, S.A.,

*Petitioner*,

v.

REPUBLIC OF COLOMBIA,

*Respondent*.

Civil Action No. 1:26-cv-01930

### Certificate Required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia

I, the undersigned, counsel of record for Telefónica, S.A., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Telefónica, S.A. which have any outstanding securities in the hands of the public:

Telefônica Brasil SA

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June 2, 2026
Washington, D.C.

Respectfully submitted,

**WHITE & CASE**

/s/ *Nicolle Kownacki*
Nicolle Kownacki (D.C. Bar No. 1005627)
Sofya Cherkasova (D.C. Bar No. 6113260)
701 Thirteenth Street, NW
Washington, DC 20005
Phone:  (202) 626-3600
Fax: (202) 639-9355
nkownacki@whitecase.com
scherkasova@whitecase.com

*Counsel for Telefónica, S.A.*

2